IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNE KOERNER and <br> WILMA S. KOERNER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:06-cv-01633-ESH <br> ) <br> ) <br> ) <br> ) |

UNITED STATES' MOTION TO DISMISS

The United States moves to dismiss this action. As grounds for this motion, the United States asserts that Plaintiffs' complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: November 29, 2006                     Respectfully submitted,

                                            /s/ Michael J. Martineau
_____            MICHAEL J. MARTINEAU
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC 20044
                                            Telephone: (202) 307-6483
                                            Facsimile: (202) 514-6866
                                            Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney