IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERN KOERNER and<br>WILMA S. KOERNER, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civil No. 1:06-cv-01633-ESH |
| UNITED STATES OF AMERICA, | )<br>)<br>) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 29th day of November, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

LaVern Koerner
Wilma S. Koerner
Plaintiffs *pro se*
15251 S. 50th Street #2035
Phoenix, Arizona 85044


　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael J. Martineau
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. MARTINEAU