IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAVERNE KOERNER and<br>WILMA S. KOERNER,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:06-cv-01633-ESH |

UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT

  The United States moves to dismiss the amended complaint filed in this action. As grounds for this motion, the United States asserts that Plaintiffs' amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

  A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 12, 2006        Respectfully submitted,

                       /s/ Michael J. Martineau
                       MICHAEL J. MARTINEAU
                       Trial Attorney, Tax Division
                       U.S. Department of Justice
                       Post Office Box 227
                       Washington, DC 20044
                       Telephone: (202) 307-6483
                       Facsimile: (202) 514-6866
                       Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney