IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KOERNER and<br>WILMA S. KOERNER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-01633-ESH<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 12th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

    LaVern Koerner
    Wilma S. Koerner
    Plaintiffs *pro se*
    15251 S. 50th Street #2035
    Phoenix, Arizona 85044

                                  /s/ Michael J. Martineau
                                  MICHAEL J. MARTINEAU