UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAVERN KOERNER and <br> WILMA S. KOERNER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1633 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs filed their original complaint in this action on September 20, 2006, and on November 29, 2006, the defendant filed a motion to dismiss. Plaintiffs thereafter filed an amended complaint on December 8, 2006. The defendant has now filed a motion to dismiss the amended complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs are proceeding *pro se* in this case.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that the defendant's motion to dismiss the original complaint in this matter [Dkt. # 3] is **DENIED AS MOOT**, as plaintiffs have since amended their complaint and defendant has filed a motion to dismiss the amended complaint; and it is further

**ORDERED** that plaintiffs shall respond to the defendant's motion to dismiss the

amended complaint [Dkt. # 7] no later than January 12, 2007. If plaintiffs neither respond nor move for an extension of time by the due date, the Court may treat the motion as conceded and dismiss plaintiffs' complaint.

    **SO ORDERED**.

                                            /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

DATE: December 13, 2006