IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERNE KOERNER and<br>WILMA S. KOERNER,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-01633-ESH<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

By Order entered on December 13, 2006, the Court directed the plaintiffs to respond to defendant's motion to dismiss the amended complaint by no later than January 12, 2007. This is to advise the Court that the plaintiffs have not responded to the defendant's motion to dismiss the amended complaint.

DATE: January 18, 2007

Respectfully submitted,

/s/ Michael J. Martineau
MICHAEL J. MARTINEAU
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6483
Facsimile: (202) 514-6866
Email: Michael.J.Martineau@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney