IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAVERN KOERNER and<br>WILMA S. KOERNER,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 1:06-cv-01633-ESH<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing PRAECIPE was caused to be served upon Plaintiffs *pro se* on the 18th day of January, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> LaVern Koerner
> Wilma S. Koerner
> Plaintiffs *pro se*
> 15251 S. 50th Street #2035
> Phoenix, Arizona 85044


                                                      /s/ Michael J. Martineau
                                                     MICHAEL J. MARTINEAU